Cases Dismissed By the Supreme Court Without Written Opinions During the June Term, A. D. 1917.

———————

W. H. Milton, Plaintiff in Error, v. D. L. Green, Receiver, etc., Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Jackson.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*Wm. B. Farley,* for Plaintiff in Error;

*Price & Carter,* for Defendant in Error.

———————

Port Huron Salt Company, Appellant, v. W. B. Denham, et al., Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Hillsborough.

Appeal dismissed on motion of counsel for appellees.

*F. M. Simonton,* for Appellant;

*H. S. Hampton,* for Appellees.